| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 99-cr-00420-DBS-02 |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER CR06-39 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Richard Lee Jacobs<br>District of Delaware | DISTRICT<br>District of Colorado | DIVISION<br>Colorado |
| | NAME OF SENTENCING JUDGE<br>Daniel B. Sparr, Senior United States District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>1/17/2004 / TO<br>1/16/2007 |

OFFENSE
Use of Unauthorized Access Device and Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/23/06

*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Delaware

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*



F I L E D

APR  5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE