


**U. S. DISTRICT COURT**
**U. S. PROBATION & PRETRIAL SERVICES**
**DISTRICT OF DELAWARE**

JOHN R. MCDONOUGH
Chief U. S. Probation Officer

MAIL ADDRESS:
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX: 302-573-6658

BRANCH OFFICE LOCATION:
ROOM 2201, FEDERAL BLDG.
300 S. NEW STREET
DOVER, DE 19904
302-677-0633
FAX: 302-677-0640

April 4, 2006

## MEMORANDUM

CR06-39

TO:         JUDGE TO BE ASSIGNED

RE:         RICHARD LEE JACOBS
            Dkt. No.: 99CR00420-DBS-02 (District of Colorado)
            **TRANSFER OF JURISDICTION**

---

The above noted offender appeared before the Honorable Daniel B. Sparr, United States District Judge for the District of Colorado, on August 3, 2000, to be sentenced on a single count of use of unauthorized access devices and aiding and abetting, subsequent to the defendant entering a guilty plea. The defendant was sentenced to a five-year probation term. The defendant was subsequently sentenced by Judge Sparr, on October 13, 2002, to a six-month term of imprisonment to be followed by a three-year term of supervised release subsequent to admitting to violating three conditions of probation. The defendant commenced his term of supervised release in the District of Delaware, on January 17, 2004, and his termination date is scheduled for January 16, 2007.

The District of Colorado initiated transfer of jurisdiction proceedings. On March 23, 2006, the Honorable Daniel B. Sparr signed the Transfer of Jurisdiction (Prob 22). This office also recommends that a transfer of jurisdiction is appropriate in this case.

Should Your Honor agree with the transfer of jurisdiction recommendation, please find attached two original Transfer of Jurisdiction (Prob 22) documents for signature.

This office remains available to discuss any issues regarding this matter with Your Honor.



RE: Richard Lee Jacobs
April 5, 2006
**Transfer of Jurisdiction**

                                                     Respectfully submitted,

                                                     John R. McDonough
                                                     Chief U. S. Probation Officer

                                                     Frank J. Kurzeknabe
                                                     U. S. Probation Officer

Reviewed and Approved:

John G. Selvaggi
Supervising U.S. Probation Officer

FJK/kak
Enclosures