PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    **Criminal Action No. 1:06CR00039-1 SLR** |
| | ) |
| **RICHARD LEE JACOBS,** | ) |
| | ) |
| **Defendant.** | ) |

### Petition on Probation and Supervised Release

COMES NOW Frank J. Kurzeknabe Probation Officer of the Court presenting an official report upon the conduct and attitude of Richard Lee Jacobs , who was placed on supervision by the Honorable The Honorable Daniel B. Sparr, sitting in the court at Denver, Colorado on the 31st day of October, 2002 , who fixed the period of supervision at Three Years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and or the presentence report to the treatment agency for continuity of treatment.
The defendant shall not incur credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**PRAYING THAT THE COURT WILL ORDER ... The following special condition be imposed:** "That the defendant shall participate in a drug counseling and random testing program as directed by the probation officer."

| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct. |
|---|---|
| So ordered this __3d__ day | |
| of __May__ 2006. | Probation Officer |
| | Place    Wilmington, Delaware |
| United States District Judge | Date    May 1, 2006 |

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a drug counseling and random testing program as directed by the probation officer.

Witness: _____          Signed: _____
         U.S. Probation Officer                  Probationer or Supervised Releasee

                    _____3/6/06_____
                            DATE