

| PROB 22<br>(D\CO 01/03)<br><br>**TRANSFER OF JURISDICTION** | | | DOCKET NUMBER<br>99-cr-00420-DBS-02<br><br>DOCKET NUMBER<br>CR06-39 | |
|---|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Richard Lee Jacobs<br>District of Delaware | DISTRICT<br>District of Colorado | | DIVISION<br>Colorado | |
| | NAME OF SENTENCING JUDGE<br>Daniel B. Sparr, Senior United States District Judge | | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>1/17/2004 | TO<br>1/16/2007 | |

OFFENSE
Use of Unauthorized Access Device and Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/23/06
*Date*

Daniel B. Sparr
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

4/13/06
*Effective Date*

[signature]
*United States District Judge*

FILED
APR 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TERMED

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:99-cr-00420-DBS-2
# Internal Use Only

Case title: USA v. Jacobs
Magistrate judge case number: 1:99-mj-01422

Date Filed: 11/23/1999

---

Assigned to: Judge Daniel B. Sparr

**Defendant**

**Richard Lee Jacobs** (2)
*TERMINATED: 08/03/2000*

represented by **Harvey Abe Steinberg**
Springer & Steinberg, P.C.
1600 Broadway
#1200
Denver, CO 80202
U.S.A
303-861-2800
Fax: 303-832-7116
Email: law@springer-and-steinberg.com
*TERMINATED: 08/03/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 4th day of May 06
GREGORY C. LANGHAM
By [signature]
Deputy

**Pending Counts**

18:1029A.F PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE
(2)

**Disposition**

deft is placed on prob. for 5 yrs.; deft shall be placed on home deten. for 6 mos. to commence w/in 21 days of sent.; $100 to CVF due immediately; deft shall make restit. in amt. of $35,404.11 as follows: $32,316.11 to Bank of America; $3,088.00 to First USA Bank; bond cont.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1029A.F PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE
(1)

**Disposition**

18:1342.F FICTITIOUS NAME OR ADDRESS
(3)

18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION
(4)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**
*TERMINATED: 11/14/2000*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/1999 | 1 | REMOVAL Documents received from Northern District of Mississippi (3:99CR086) as to defendant Richard Lee Jacobs, defendant Meredith Jacobs: Indictment, W/A [ 1:99-m -1422 ] (former empl) Modified on 08/30/1999 (Entered: 08/30/1999) |
| 08/23/1999 | 2 | RULE 40 removal hearing waived by defendant Richard Lee Jacobs [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| 08/23/1999 | 3 | COURTROOM MINUTES OF INITIAL APPEARANCE (RULE 40) before Magistrate Judge Patricia A. Coan accepting waiver; dft shall appear in N Dist MS by 9/23/99; initial appearance of Richard Lee Jacobs without counsel; bond set to $20,000 secured property / cash / surety for Richard Lee Jacobs ; bond hearing set for 2:30 8/24/99 for Richard Lee Jacobs ; dft remanded Court Reporter: Tape 99-133 [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| 08/23/1999 | 4 | ORDER by Magistrate Judge Patricia A. Coan holding dft to answer & to appear in dist of prosecution (N Dist MS - 3:99CR086) on 9/23/99 [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| 08/24/1999 | 5 | COURTROOM MINUTES OF STATUS HEARING ON BOND before Magistrate Judge Patricia A. Coan Bond reset to $5,000 unsecured for Richard Lee Jacobs ; vacating bond set to $20,000 secured property / cash / surety for Richard Lee Jacobs [3-2]; dft to appear in Dist MS by 9/14/99; status hearing set for 1:30 9/24/99 for Richard Lee Jacobs Court Reporter: Tape 99-134 [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| | | |

| | | |
|---|---|---|
| 08/24/1999 | 6 | BOND Posted ($5,000 unsecured) by Richard Lee Jacobs [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| 08/24/1999 | 7 | ORDER setting conditions of release for Richard Lee Jacobs by Magistrate Judge Patricia A. Coan [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| 08/30/1999 | 8 | REMOVAL documents sent to Northern District of Mississippi pursuant to [4-1] order ( case terminated ) [ 1:99-m -1422 ] (former empl) (Entered: 08/30/1999) |
| 09/07/1999 | 9 | RETURN RECEIPT FOR CERTIFIED MAIL to USDC N Dist MS on 9/2/99 [ 1:99-m -1422 ] (former empl) (Entered: 09/07/1999) |
| 09/21/1999 | 10 | Receipt of file by USDC N Dist MS 9/2/99 [ 1:99-m -1422 ] (former empl) (Entered: 09/22/1999) |
| 09/24/1999 | 11 | COURTROOM MINUTES OF STATUS HEARING before Magistrate Judge Donald E. Abram granting oral motion for continuance; status hearing on rule 20 transfer set for 1:30 11/29/99 for Richard Lee Jacobs Court Reporter: Tape 99-147 [ 1:99-m -1422 ] (former empl) (Entered: 09/27/1999) |
| 11/23/1999 | | Docket Modification (Utility) counts added for Richard Lee Jacobs (former empl) (Entered: 06/07/2000) |
| 11/29/1999 | 12 | COURTROOM MINUTES OF STATUS ON RULE 20 before Magistrate Judge Donald E. Abram Rule 20 papers not filed; govt to find out status; review hearing set for 1:30 12/8/99 for Richard Lee Jacobs Court Reporter: Tapes 99-201, 202 [ 1:99-m -1422 ] (former empl) (Entered: 11/30/1999) |
| 12/08/1999 | 11 | COURTROOM MINUTES OF DISCOVERY CONFERENCE before Magistrate Judge O. E. Schlatter; counsel for deft not present; ORDER: disc conf cont. to 1:30 12/16/99 for Meredith Jacobs Court Reporter: Tape 99-207 (ecm) (Entered: 12/09/1999) |
| 12/08/1999 | 12 | ORDER by Magistrate Judge O. E. Schlatter; disc conf is cont. to 1:30 12/16/99 for Meredith Jacobs (Cert of Mailing) (ecm) (Entered: 12/09/1999) |
| 12/08/1999 | 13 | COURTROOM MINUTES OF STATUS ON RULE 20 before Magistrate Judge O. E. Schlatter status hearing continued to 1:30 12/16/99 for Richard Lee Jacobs Court Reporter: Tape 99-207 [ 1:99-m -1422 ] (former empl) (Entered: 12/09/1999) |
| 12/08/1999 | 14 | ORDER by Magistrate Judge O. E. Schlatter status hearing continued to 1:30 12/16/99 for Richard Lee Jacobs (Cert of Mailing) [ 1:99-m -1422 ] (former empl) (Entered: 12/09/1999) |
| 12/16/1999 | 15 | MINUTE ORDER before Magistrate Judge O. E. Schlatter status hearing re: Rule 20 transfer reset for 1:30 1/20/00 for Richard Lee Jacobs [ 1:99-m -1422 ] (former empl) (Entered: 12/17/1999) |
| | | |

| | | |
|---|---|---|
| 12/17/1999 | 13 | COURTROOM MINUTES OF DISCOVERY REPORT before Magistrate Judge O. E. Schlatter; counsel and court sign report Court Reporter: 99-211 (former empl) (Entered: 12/20/1999) |
| 12/17/1999 | 14 | DISCOVERY HEARING REPORT before Magistrate Judge O. E. Schlatter ; pretrial motions set for 5:00 1/12/00 for Meredith Jacobs ; estimated trial days 2. (former empl) (Entered: 12/20/1999) |
| 12/28/1999 | 15 | MINUTE ORDER before Judge Daniel B. Sparr; change of plea hearing set for 4:00 2/1/00 for Meredith Jacobs (ecm) (Entered: 12/30/1999) |
| 01/24/2000 | 16 | MINUTE ORDER before Magistrate Judge Patricia A. Coan status hearing on Rule 20 transfer set for 1:30 2/23/00 for Richard Lee Jacobs [ 1:99-m -1422 ] (former empl) (Entered: 01/25/2000) |
| 02/04/2000 | 17 | MINUTE ORDER before Judge Daniel B. Sparr; the change of plea hearing is reset to 8:30 2/24/00 for Meredith Jacobs (ecm) (Entered: 02/07/2000) |
| 02/24/2000 | 18 | COURTROOM MINUTES OF CHANGE OF PLEA before Judge Daniel B. Sparr; deft Meredith Jacobs is NOT present; PTS officer called deft from chambers and did not get an answer; govt has no objection to a continuance; ORDER: change of plea cont. to 11:00 2/25/00 for Meredith Jacobs Court Reporter: Suzanne Claar (ecm) (Entered: 02/25/2000) |
| 02/25/2000 | 19 | COURTROOM MINUTES OF CHANGE OF PLEA before Judge Daniel B. Sparr; court notes a problem w/the Plea Agreement; ORDER: the change of plea hearing is cont. to 4:30 3/16/00 for Meredith Jacobs; bond cont. Court Reporter: Suzanne Claar (ecm) (Entered: 02/28/2000) |
| 02/28/2000 | 20 | MINUTE ORDER before Judge Daniel B. Sparr; a change of plea hearing set for 4:30 3/16/00 for Meredith Jacobs (ecm) (Entered: 02/28/2000) |
| 03/15/2000 | 21 | MINUTE ORDER before Judge Daniel B. Sparr; the change of plea hearing is reset to 10:00 3/21/00 for Meredith Jacobs (ecm) (Entered: 03/16/2000) |
| 03/23/2000 | 25 | MINUTE ORDER before Judge Daniel B. Sparr; sentencing hearing set for 8:30 6/20/00 for Meredith Jacobs (ecm) (Entered: 03/24/2000) |
| 04/11/2000 | 17 | MINUTE ORDER before Magistrate Judge O. E. Schlatter status hearing set for 1:30 4/21/00 for Richard Lee Jacobs re: Rule 20 transfer [ 1:99-m -1422 ] (former empl) (Entered: 04/13/2000) |
| 05/16/2000 | 26 | MINUTE ORDER before Judge Daniel B. Sparr; a change of plea hearing set for 4:00 5/24/00 for Meredith Jacobs (ecm) (Entered: 05/17/2000) |
| 05/22/2000 | 27 | Sentencing Letter ; sentencing hearing set for 8:30 6/20/00 for Meredith Jacobs ; Objections Due 6/7/00 for Meredith Jacobs ; final report due 6/9/00 for Meredith Jacobs (ecm) (Entered: 05/23/2000) |
| 05/24/2000 | 28 | RULE 20 consent to transfer from District of Northern Mississippi case |

| | | |
|---|---|---|
| | | number 3:99CR086 as to Richard Lee Jacobs. Consent sent to Mississippi for processing on November 29, 2000, as it was never filed in the transferring district. (former empl) Modified on 11/29/2000 (Entered: 06/07/2000) |
| 05/24/2000 | 29 | PLEA Agreement as to Richard Lee Jacobs (former empl) (Entered: 06/07/2000) |
| 05/24/2000 | 30 | STATEMENT in Advance of Guilty Plea by Richard Lee Jacobs (former empl) (Entered: 06/07/2000) |
| 05/24/2000 | | Docket Modification (Utility) rule 20 from the Northern District of Mississippi (former empl) (Entered: 06/07/2000) |
| 05/24/2000 | 31 | COURTROOM MINUTES OF ARRAIGNMENT before Judge Daniel B. Sparr GUILTY plea entered by Richard Lee Jacobs tendered plea agreement and statement in advance of guilty plea sentencing hearing set for 8:30 8/3/00 for Richard Lee Jacobs Court Reporter: Suzanne Claar (former empl) (Entered: 06/07/2000) |
| 05/25/2000 | 32 | MINUTE ORDER; before Judge Daniel B. Sparr ; sentencing hearing set for 8:30 8/3/00 for Richard Lee Jacobs (former empl) (Entered: 06/07/2000) |
| 06/09/2000 | 33 | Sentencing Letter; final report submitted 6/9/00 by prob. re Meredith Jacobs (ecm) (Entered: 06/12/2000) |
| 06/15/2000 | 34 | MINUTE ORDER before Judge Daniel B. Sparr; sentencing hearing is reset to 3:00 8/3/00 for Meredith Jacobs (ecm) (Entered: 06/16/2000) |
| 07/03/2000 | 35 | Sentencing Letter ; sentencing hearing set for 8:30 8/3/00 for Richard Lee Jacobs ; Objections Due 7/17/00 for Richard Lee Jacobs ; final report due 7/25/00 for Richard Lee Jacobs (ecm) (Entered: 07/05/2000) |
| 07/25/2000 | 36 | Sentencing Letter; final report submitted 7/25/00 by prob. re Richard Jacobs (ecm) (Entered: 07/26/2000) |
| 08/03/2000 | 38 | COURTROOM MINUTES OF SENTENCING before Judge Daniel B. Sparr; sentencing Richard Lee Jacobs (2) on count 2; is placed on prob. for 5 yrs.; deft shall be placed on home deten. for 6 mos. to commence w/in 21 days of sent.; $100 to CVF due immediately; deft shall make restit. in amt. of $35,404.11 as follows: $32,316.11 to Bank of America; $3,088.00 to First USA Bank; bond cont.; terminating party Richard Lee Jacobs Court Reporter: Suzanne Claar (ecm) (Entered: 08/03/2000) |
| 08/03/2000 | 39 | COURTROOM MINUTES OF SENTENCING before Judge Daniel B. Sparr ; sentencing hearing re-set for 8:30 10/12/00 for Meredith Jacobs Court Reporter: Suzanne Claar (former empl) (Entered: 08/04/2000) |
| 08/03/2000 | 42 | ORDER by Judge Daniel B. Sparr dismissing counts as to , terminating party Richard Lee Jacobs (Cert of Mailing) (ecm) (Entered: 08/22/2000) |
| 08/03/2000 | 46 | MOTION To Dismiss Counts 1, 3 & 4 by USA regarding Meredith Jacobs, Richard Lee Jacobs (ecm) (Entered: 11/15/2000) |

| | | |
|---|---|---|
| 08/07/2000 | 40 | MINUTE ORDER before Judge Daniel B. Sparr; sentencing hearing set for 8:30 10/12/00 for Meredith Jacobs (ecm) (Entered: 08/10/2000) |
| 08/15/2000 | 41 | JUDGMENT and Commitment signed as to Richard Lee Jacobs by Judge Daniel B. Sparr; eod 8/17/00 (copies distrib) (ecm) (Entered: 08/17/2000) |
| 10/12/2000 | 43 | COURTROOM MINUTES OF SENTENCING before Judge Daniel B. Sparr; deft Meredith Jacobs present w/counsel; deft requests a cont. as he is to be discharged from the Army on 11/7/00; ORDER: sentencing hearing cont. to 8:30 11/14/00 for Meredith Jacobs Court Reporter: Suzanne Claar (ecm) (Entered: 10/13/2000) |
| 10/13/2000 | 44 | MINUTE ORDER before Judge Daniel B. Sparr; sentencing hearing is cont. to 8:30 11/14/00 for Meredith Jacobs (ecm) (Entered: 10/16/2000) |
| 11/14/2000 | | Docket Modification (Utility) terminating the Motion To Dismiss Counts 1, 3 & 4 [46-1] (ecm) Modified on 11/15/2000 (Entered: 11/15/2000) |
| 11/15/2000 | 47 | ORDER by Judge Daniel B. Sparr GRANTING [46-1] Motion To Dismiss Counts 1, 3 & 4 (Cert of Mailing) (ecm) (Entered: 11/16/2000) |
| 07/24/2002 | 50 | PROBATION ORDER as to Richard Lee Jacobs (SEALED) by Judge Daniel B. Sparr (ecm) (Entered: 07/24/2002) |
| 07/24/2002 | 51 | SEALED document re Richard Lee Jacobs (ecm) (Entered: 07/24/2002) |
| 08/28/2002 | 52 | REMOVAL Documents received from District of Florida as to defendant Richard Lee Jacobs: docket sheet, court minutes, Order Apptg. Counsel, Waiver of Timely Detention Hearing, Waiver of Identity Hearing, Commitment to Another District (ecm) (Entered: 08/29/2002) |
| 09/23/2002 | 53 | COURTROOM MINUTES OF INITIAL APPEARANCE PROBATION VIOLATION before Magistrate Judge Craig B. Shaffer; deft Richard Jacobs present w/o counsel; deft stated he is in the process of hiring Harvey Steinberg; ORDER: detention hearing set for 10:30 9/26/02 for Richard Lee Jacobs; deft remanded; Court Reporter: Tape 02-192 (ecm) (Entered: 09/24/2002) |
| 09/24/2002 | 54 | ARREST Warrant returned executed as to Richard Lee Jacobs on 9/23/02 (ecm) (Entered: 09/25/2002) |
| 09/26/2002 | 55 | COURTROOM MINUTES OF STATUS HEARING before Magistrate Judge Craig B. Shaffer; deft Richard Jacobs present w/o counsel; deft mtns to cont. this hrg.; ORDER: detention hearing cont. to 2:00 10/1/02 for Richard Lee Jacobs; deft remanded Court Reporter: Tape 02-197 (ecm) (Entered: 09/27/2002) |
| 10/01/2002 | 56 | COURTROOM MINUTES OF STATUS HEARING before Judge Daniel B. Sparr; deft Richard Jacobs present w/o counsel; ORDER: appointing federal public defender as to Richard Lee Jacobs; ORDER: detention hearing set for 10:30 10/4/02 for Richard Lee Jacobs; deft remanded; Court Reporter: Tape 02-202 (ecm) (Entered: 10/02/2002) |
| 10/01/2002 | 57 | CJA Form 23 (Financial Affidavit) as to Richard Lee Jacobs (ecm) |

| | | |
|---|---|---|
| | | (Entered: 10/02/2002) |
| 10/01/2002 | 63 | ORDER by Magistrate Judge Craig B. Shaffer as to Richard Lee Jacobs for Appointment of Public Defender (ecm) (Entered: 10/18/2002) |
| 10/04/2002 | 58 | COURTROOM MINUTES OF DETENTION/PRELIMINARY HEARING before Magistrate Judge Craig B. Shaffer; deft Richard Jacobs present w/counsel; deft waived prelim. hrg.; court accepts waiver; ORDER: deft shall be detained pending hrg. w/DBS; deft remanded; Court Reporter: Tape 02-206 (ecm) (Entered: 10/07/2002) |
| 10/04/2002 | 59 | WAIVER of Preliminary Hearing by Richard Lee Jacobs (ecm) (Entered: 10/07/2002) |
| 10/09/2002 | 60 | MINUTE ORDER before Judge Daniel B. Sparr; probation revocation hearing set for 9:00 10/31/02 for Richard Lee Jacobs (ecm) (Entered: 10/10/2002) |
| 10/15/2002 | 62 | TRANSFER OF JURISDICTION documents sent to the Southern District of Florida (Cert of Mailing) (klt) (Entered: 10/15/2002) |
| 11/20/2002 | 65 | JUDGMENT and Commitment signed as to Richard Lee Jacobs by Judge Daniel B. Sparr; eod 11/21/02 (copies distrib) (ecm) (Entered: 11/21/2002) |
| 01/14/2003 | 66 | JUDGMENT and Commitment returned executed on 1/7/03 as to Richard Lee Jacobs; deft delvd to COL (ecm) (Entered: 01/14/2003) |
| 09/05/2003 | | (Utility Event) - Terminating Deadline(s) (former empl) (Entered: 09/05/2003) |
| 09/13/2004 | 67 | NOTICE of filing of chapter 7 bankruptcy by defendant Richard Lee Jacobs (dlb) (Entered: 09/16/2004) |
| 04/27/2006 | 68 | Probation Jurisdiction Transferred to District of Delaware as to Richard Lee Jacobs Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (tll, ) (Entered: 04/27/2006) |

DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 20 2002
JAMES R. MANSPEAKER
CLERK
BY DEP. CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

RICHARD LEE JACOBS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 99-CR-420-02-S

Elizabeth Harris, AFPD
(Defendant's Attorney)

Robert M. Brown
(Assistant United States Attorney)

**THE DEFENDANT:** Admitted guilt to violation(s) 1, 2, and 3 as alleged in the probation officer's petition.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Violation of the Law | 2/5/02 |
| 2 | Failure to Report to the Probation Officer as Directed | 7/15/02 |

DISTRICT OF COLORADO
2006 JAN 13 A 10:50

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation(s) 4 and is discharged as to such violation(s).

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: [redacted]4662

Defendant's Date of Birth: [redacted]/71

Defendant's USM No.: 29078-013

Defendant's Residence Address:

October 31, 2002
Date of Imposition of Judgment

Signature of Judicial Officer

Daniel B. Sparr, Senior U.S. District Judge
Name & Title of Judicial Officer

November 18th 2002
Date

I, the undersigned, Clerk of the Court of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 4th day of May 06
GREGORY C. LANGHAM
By ____ Deputy

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 20 day of NOV 2002
JAMES R. MANSPEAKER
By ____ Deputy

DEFENDANT: RICHARD LEE JACOBS
CASE NUMBER: 99-CR-420-02-S
Judgment-Page 2 of 7

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 3 | Leaving the District Without Permission | On or about 7/15/02 |

DEFENDANT: RICHARD LEE JACOBS
CASE NUMBER: 99-CR-420-02-S

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The Court makes the following recommendations to the Bureau of Prisons:

FCI in either Delaware or Florida.

The defendant receive credit for 74 days spent in custody.

The defendant is remanded to the custody of the United States Marshal.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2003

JAMES R. MANSPEAKER
CLERK

## RETURN

I have executed this judgment as follows: Delivered to COL

Defendant delivered on 1-7-03 to COL

at 6:00pm, with a certified copy of this judgment.

[signature] Lt. BOP
UNITED STATES MARSHAL

By ______________________
Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. The defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.

The drug testing condition required by 18 U.S.C. § 3583(d) is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or

questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) the defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and or the presentence report to the treatment agency for continuity of treatment.

2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

3) All previous conditions of supervised release shall remain in full force and effect.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | -0- | -0- | *$35,404.11 |

## RESTITUTION

The defendant shall make restitution to the following payees in the amounts listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Bank of America (Nations Bank) | $32,316.11 | $32,316.11 | 100% |
| First USA Bank | $3,088.00 | $3,088.00 | 100% |
| **TOTALS** | $35,404.11 | $35,404.11 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Restitution amount ordered pursuant to plea agreement: . . . . . $35,404.11

The court has determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Payment to begin immediately.

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of monetary obligations shall be due during the period of imprisonment. All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

***The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.**

FILED

AUG 20 1999

[?]EN D. COYLE, CLERK
By Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO

NOV 23 1999

JAMES R. MANSPEAKER
CLERK

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:99CR 086

RICHARD LEE JACOBS
and MEREDITH JACOBS

18 U.S.C. § 2
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1341
18 U.S.C. § 1342
18 U.S.C. § 1343

**INDICTMENT**

99-CR-420 S

The Grand Jury charges that:

**Count One**

From on or about February 1, 1997 to July 31, 1997, in the Northern District of Mississippi and elsewhere, RICHARD LEE JACOBS and MEREDITH JACOBS, defendants, did knowingly and willfully combine and conspire with each other to execute a scheme and artifice to defraud and for obtaining property and money by means of fraudulent devise and pretenses, representations and promises by sending and causing to be sent things by the U.S. mails and by interstate wire communication in violation of 18 USC 1341 and 1343; and to use false names to carry out said scheme and artifice to defraud by means of the U.S. Postal Service in violation of 18 USC 1342; and to use unauthorized access devices during a one-year period with intent to defraud, and by such conduct obtain goods valued in excess of $1,000 in violation of 18 USC 1029(a)(2).

To effect the objects of the conspiracy the conspirators did commit overt acts, among which were the following:

Overt Acts

1. From on or about February 1, 1997 to July 31, 1997, RICHARD LEE JACOBS used



his position as an employee of NationsBank to reopen closed credit card access device accounts and to change the mailing and billing addresses on such accounts to addresses under the control of he and MEREDITH JACOBS.

2. From on or about February 1, 1997 to July 31, 1997, RICHARD LEE JACOBS and MEREDITH JACOBS did use unauthorized credit card access devices and obtained goods and services of a value exceeding $1,000.

3. On or about March 3, 1997, MEREDITH JACOBS opened post office box 2083 at the Oxford, Mississippi Post Office using the name Rebecca Hawkins.

4. On or about June 4, 1997, MEREDITH JACOBS opened a box at Mailboxes, Etc., Oxford, Mississippi, in the name Rebecca Hawkins.

5. On or about July 8, 1997, RICHARD LEE JACOBS contacted NationsBank and attempted to have a credit card access device account transaction for cash at an automatic teller machine (ATM) approved and then faxed an altered Entex utitility receipt to NationsBank in an effort to prove that RICHARD LEE JACOBS was Eric Duff, the name of the unauthorized credit card access device account.

(nm 5 years incarceration, or nm $250,000 fine, or both, and nm 3 years supervised release)

**Count Two**

From on or about February 1, 1997 to July 31, 1997, in the Northern District of Mississippi and elsewhere, RICHARD LEE JACOBS and MEREDITH JACOBS, defendants, aided and abetted by each other, did knowingly and with intent to defraud, use unauthorized credit card access devices, that is NationsBank credit cards, being card number 4356 0031 1150 0266 in the name Robert Barefield, card number 4356 3100 0316 2489 in the name Deborah

Baker, card number 4342 0702 4102 9026 in the name Ottis Anderson, card number 4356 5500 0031 5164 in the name Lisa Stout, card number 4356 3100 0595 0030 in the name Gayla P. Spence, and card number 5314 5045 2001 2429 in the name Eric Duff, and First USA credit card number 4417 1229 6433 7472 in the name Gayle P. Spence, and by such conduct obtain goods, cash and services in an amount exceeding $1,000, in violation of Title 18, United States Code, Sections 2 and 1029(a)(2).

(nm 10 years incarceration, or nm $250,000 fine, or both, and nm 3 years supervised release)

**Count Three**

From on or about February 1, 1997 to July 31, 1997 RICHARD LEE JACOBS and MEREDITH JACOBS, defendants, aided and abetted by each other, did devise a scheme and artifice to defraud and for obtaining money and property by false and fraudulent pretenses, representations and promises.

Scheme and Artifice

It was a part of the scheme and artifice that RICHARD LEE JACOBS would use his NationsBank employee authority to reopen closed credit card access device accounts without permission of the account holder and change the addresses on these accounts to addresses controlled by RICHARD LEE JACOBS and MEREDITH JACOBS.

It was a part of the scheme and artifice that MEREDITH JACOBS would open a post office box under the name Rebecca Hawkins and a Mailboxes, Etc., mailbox under the name Rebecca Hawkins and that RICHARD LEE JACOBS and MEREDITH JACOBS would use the boxes as shipping locations for goods and services obtained with unauthorized credit card access device accounts and as billing addresses for the unauthorized credit card access device accounts.

It was a part of the scheme and artifice to defraud that RICHARD LEE JACOBS and MEREDITH JACOBS would use unauthorized credit card access devices to obtain goods and services.

Use of Fictitious Name and Address

On or about March 3, 1997, in the Northern District of Mississippi, MEREDITH JACOBS, defendant, for the purpose of conducting and carrying on the aforedescribed scheme and artifice, did knowingly use and assume a false and fictitious name, that is "Rebecca Hawkins," in violation of Title 18, United States Code, Section 1342.

(nm 5 years incarceration, or nm $250,000 fine, or both, and nm 3 years supervised release)

**Count Four**

From on or about February 1, 1997 to July 31, 1997 RICHARD LEE JACOBS and MEREDITH JACOBS, defendants, aided and abetted by each other did devise a scheme and artifice to defraud and for obtaining money and property by false and fraudulent pretenses, representations and promises.

Scheme and Artifice

It was a part of the scheme and artifice that RICHARD LEE JACOBS would use his NationsBank employee access to reopen closed credit card access device accounts without permission of the account holder and change the addresses on these accounts to addresses controlled by he and MEREDITH JACOBS.

It was a part of the scheme and artifice that MEREDITH JACOBS would open a post office box under the name Rebecca Hawkins and a Mailboxes, Etc., mailbox under the name Rebecca Hawkins and that RICHARD LEE JACOBS and MEREDITH JACOBS would use the

boxes as shipping locations for goods and services obtained with unauthorized credit card access device accounts and as billing addresses for the unauthorized credit card access device accounts.

It was a part of the scheme and artifice to defraud that RICHARD LEE JACOBS and MEREDITH JACOBS would use unauthorized credit card access devices to obtain goods and services.

Use of Interstate Wire Transmission

On or about July 8, 1997, in the Northern District of Mississippi, RICHARD LEE JACOBS, defendant, for the purpose of executing the aforedescribed scheme and artifice, did knowingly transmit and cause to be transmitted a utility receipt by interstate wire facsimile transmission from Oxford, Mississippi to Norfolk, Virginia, in violation of Title 18, United States Code, Section 1343.

(nm 5 years incarceration, or nm $250,000 fine, or both, and nm 3 years supervised release)

**A TRUE BILL**

**FOREPERSON**

**UNITED STATES ATTORNEY**

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 4th day of May 06
GREGORY C. LANGHAM
By ______
Deputy

CERTIFYING STAMP
I hereby certify that the foregoing is a true copy of the original thereof now in my office.
Attest 11-18-99
Arlen B. Coyle, Clerk
By ______ DC