*Filed in open court 9/27/06 @w

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-39-SLR |
| RICHARD LEE JACOBS, | : |
| Defendant. | : |

### MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Richard Lee Jacobs, pursuant to 18 U.S.C. § 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and a danger to the community and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to flee or pose a danger to the safety of any other person or the community if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 27, 2006