# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO F.R.Cr.P. 32.1**

___RICHARD LEE JACOBS___
Defendant

**Case Number:**   CR 06-39 SLR

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___October 10, 2006___ * at ___9:00 A.M.___
                                            Date                              Time

before the   **Honorable Sue L. Robinson, U.S. District Judge**
                        Name of Judicial Officer

___Courtroom #6B, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware___
                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
                                    Other Custodial Official

and produced for the hearing.

_September 27, 2006_
Date

_[signature]_
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.