IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-039-SLR |
| ) | |
| RICHARD LEE JACOBS, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 3rd day of October, 2006;

IT IS ORDERED that the hearing to consider revocation of supervised release scheduled for **October 10, 2006** is **rescheduled** to commence on **Friday, October 13, 2006** at **10:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge