# FEDERAL PUBLIC DEFENDER

District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

**Eleni Kousoulis**
Acting Federal Public Defender

**Christopher S. Koyste**
Assistant Federal Public Defender

October 13, 2006

Chief Judge Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

RECEIVED
OCT 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Re:    **United States v. Richard Lee Jacobs**
            **Criminal Action No.: 06-39-SLR**

Dear Chief Judge Robinson:

    Enclosed please find a proposed order in relation to the hearing that was held today in the above captioned matter. Counsel spoke to Doug Denney of the U.S. Marshall's office who requested that additional language be included in the order to authorize Mr. Jacob's to be transported to the courthouse to have the TASC assessment performed.

                                              Respectfully submitted,

                                              Christopher S. Koyste
                                              Assistant Federal Public Defender

CSK/khs

Enclosure

cc: Sophie Bryan, AUSA
     Frank Kurzeknabe, USPO
     Mr. Richard Lee Jacobs
     U.S. Marshall David W. Thomas
     Clerk of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-39-SLR |
| ) | |
| RICHARD LEE JACOBS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby Ordered on this _____ day of _____, 2006, that TASC shall perform an assessment and referral of Mr. Richard Lee Jacobs and forward a report of its findings to this Court and the Gateway Foundation. Furthermore, TASC shall perform its assessment of Mr. Jacobs in a secured portion of the United States Marshall's Office of the District of Delaware at a date and time to be determined by the Marshall's Office.

_____

Chief Judge Sue L. Robinson

cc: Sophie Bryan, AUSA
    Frank Kurzeknabe, USPO
    Christopher Koyste, AFPD
    U.S. Marshall David W. Thomas