IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-39-001-SLR |
| | ) |
| RICHARD LEE JACOBS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 19th of October, 2006, defendant, represented by counsel, having entered a plea of guilty to violating a mandatory condition and standard conditions #2, 5, 6 and 7 of his probation on October 13, 2006;

IT IS ORDERED that sentencing shall be postponed until an evaluation is completed and returned to the court regarding defendant's application to the Gateway Foundation, a residential drug treatment program run by the State of Delaware. The court will schedule a hearing upon receipt of the evaluation.

IT IS FURTHER ORDERED that the defendant shall remain incarcerated until further order of the court.

_____
United States District Judge