UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD LEE JACOBS, )<br>)<br>Defendant. ) | Criminal Action No. 06-39-SLR |

### ORDER

It is hereby Ordered on this __19th__ day of __October__, 2006, that TASC shall perform an assessment and referral of Mr. Richard Lee Jacobs and forward a report of its findings to this Court and the Gateway Foundation. Furthermore, TASC shall perform its assessment of Mr. Jacobs in a secured portion of the United States Marshall's Office of the District of Delaware at a date and time to be determined by the Marshall's Office.

_____
Chief Judge Sue L. Robinson

cc:   Sophie Bryan, AUSA
      Frank Kurzeknabe, USPO
      Christopher Koyste, AFPD
      U.S. Marshall David W. Thomas