IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     )
                               )
        Plaintiff,          )
                               )
     v.                      )  Crim. No. 06-039-SLR
                               )
RICHARD LEE JACOBS,      )
                               )
        Defendant.        )

**O R D E R**

At Wilmington this 27th day of November, 2006;

IT IS ORDERED that defendant's sentencing hearing is
scheduled for **Monday, December 18, 2006** at **9:00 a.m.** in courtroom
No. 6B, on the sixth floor of the J. Caleb Boggs Federal
Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge