AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA
V.

RICHARD LEE JACOBS

AMENDED*
JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:06-CR-039-001-SLR

USM Number: 29078013

Christopher Koyste, Esquire
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory Condition & Standard Condition #2, 5, 6 and #7 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Mandatory Condition | Defendant shall not commit another Federal, state, or local crime. The defendant shall not illegally possess a controlled substance | 08/23/2006 |
| Standard Condition #2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month | 08/31/2006 |
| Standard Condition #5 | The defendant shall work regularly at a lawful occupation, unless excused by the probation office for schooling, training, or other acceptable reasons | 08/24/2006 |
| Standard Condition #6 | The defendant shall notify the probation office at least ten days prior to any change in residence or employment. | 08/24/2006 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc Sec No   4662

Defendant's Date of Birth   1967

Defendant's Residence Address

Bear, DE

Defendant's Mailing Address

same as above

12/18/2006
Date of Imposition of Judgment

*Sue L. Robinson* (signature)
Signature of Judge

The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware
Name and Title of Judge

12/28/06
Date

AO 215D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1 A

DEFENDANT: RICHARD LEE JACOBS
CASE NUMBER: 1:06-CR-039-001-SLR

Judgment Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician | 08/23/2006 |

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

DEFENDANT: RICHARD LEE JACOBS
CASE NUMBER: 1:06-CR-039-001-SLR

Judgment Page 3 of 3

## ★ IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

112 days and the current term of supervision is hereby revoked. No term of supervised release to follow defendant's release from custody.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL