AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

RICHARD LEE JACOBS

**WARRANT FOR ARREST**

Case Number:    06-CR-39-SLR

To: The United States Marshal
and any Authorized United States Officer

[stamp: AUG 20 2007]

YOU ARE HEREBY COMMANDED to arrest   **RICHARD LEE JACOBS**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   x **Probation Violation**   Supervised Release

**charging him or her**    (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE CONDITIONS**

in violation of            United States Code,

PETER T. DALLEO
Name of Issuing Officer

by Francesca Tassone, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

9/6/06
Date and Location

Wilmington, Delaware

Bail fixed at    NOT STATED      by                               
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named

844 King St Wilm DE

| DATE RECEIVED 9-6-06 | NAME AND TITLE OF ARRESTING OFFICER William David Dixon | SIGNATURE OF ARRESTING OFFICER William Dixon |
|---|---|---|
| DATE OF ARREST 9-9-06 | | |